No. D–1992.  IN RE DISBARMENT OF CHRISTY.  Perry Thomas Christy, of Plymouth, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1993.  IN RE DISBARMENT OF RICHARDSON.  Thomas Scott Richardson, Jr., of St. Louis, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1994.  IN RE DISBARMENT OF KRASNOVE.  Keith Martin Krasnove, of Coral Springs, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1995.  IN RE DISBARMENT OF STEVENSON.  John B. Stevenson, Jr., of Blanco, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–71 (O. T. 1997).  IN RE DOE.  Motion to unseal petition for writ of certiorari lodged under seal denied.

No. M–86 (O. T. 1997).  CARLIER v. RAY ET AL.;
No. M–1.  JACKSON v. GOLDEN STATE FOODS CORP.;
No. M–2.  REAVES v. MARION COUNTY, SOUTH CAROLINA, ET AL.;
No. M–4.  PHONOMETRICS, INC. v. SIEMENS INFORMATION SYSTEMS;
No. M–5.  SHIPPING FINANCIAL SERVICES v. DRAKOS ET AL.;
No. M–7.  WIEDEMER v. MARR, SUPERINTENDENT, ARKANSAS VALLEY CORRECTIONAL FACILITY, ET AL.;
No. M–10.  ARDOIN v. SAVOY ET AL.;
No. M–11.  GOLIS v. COMMISSIONER OF SOCIAL SECURITY;
No. M–12.  EVANS v. BAYTOWN POLICE DEPARTMENT ET AL.;
No. M–13.  FORE v. DENNY'S INC. ET AL.;
No. M–14.  SCHLESINGER v. SCHLESINGER;
No. M–15.  VILLAGE OF AIRMONT, NEW YORK, ET AL. v. LEBLANC-STERNBERG ET AL.;